RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Plaintiff Oscar Ramos

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RAMOS,<br><br>  Plaintiff,<br><br>  v.<br><br>SANDOVAL'S MEXICAN FOOD, LLC, ET AL.,<br><br>  Defendants. | Case No.:   2:25-cv-03338-DJC-JDP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiff Oscar Ramos, and defendant Sandoval's Mexican Food, LLC only ("Defendant"), by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for Defendant is R. Ernest Montanari), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants named in the complaint, all parties to bear their own respective attorney fees and costs. This agreement was entered into with all defendants.

2. The written settlement contemplates dismissal of this action as against all defendants.

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice,

1
STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

with respect to this Defendant (Sandoval's Mexican Food, LLC). This Defendant filed an answer. (See Docket #8.) Defendants Ellen Whitehead and Robert Whitehead did not file an answer. Therefore, they will be dismissed out by means of a Notice of Dismissal filed at the same time as this stipulation.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Oscar Ramos                                6/30/26

Collins + Collins LLP – By: R. Ernest Montanari /s/ R. Ernest Montanari

Attorney for all defendants                                6/30/26

FILER'S ATTESTATION

I hereby attest that on June 30, 2026, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney R. Ernest Montanari, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Ramos v. Sandoval's Mexican Food, LLC, et al., Case No. 2:25-cv-03338 DJC-JDP, in the Eastern District of California, is dismissed with prejudice with respect to defendant Sandoval's Mexican Food, LLC, and with respect to all causes of action against that defendant, with each party to bear his/her/its own attorney's fees and costs.

Dated:  July 7, 2026                              /s/ Daniel J. Calabretta
                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                  UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER